# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ANGEL MANUEL CARMONA-ALOMAR<br>Defendant. | CRIMINAL NO. 17-068 (FAB/MEL) |

## ATTACHMENT TO MOTION TO SUPPRESS EVIDENCE (D.E. 17)

**COMES NOW** defendant, Angel Manuel Carmona-Alomar, through undersigned counsel, submits the enclosed Sworn Affidavit in support of the Motion to Suppress Evidence filed on April 4, 2017 (D.E. 17).

**WHEREFORE,** Mr. Carmona-Alomar respectfully requests this Court take notice of the enclosed Sworn Affidavit.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, April 26, 2017.

> **ERIC A. VOS, ESQ.**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> S/Juan J. Michelen
> Juan J. Michelen,
> Assistant Federal Public Defender,
> USDC-PR G02601
> 241 F.D. Roosevelt Avenue
> San Juan, PR 00918-2305
> Phone No. (787) 281-4922
> Juan_Michelen@fd.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ANGEL ~~RAFAEL~~ MANUEL CARMONA-ALOMAR<br>Defendant. | CRIMINAL NO. 17-068 (FAB/MEL) |

## SWORN AFFIDAVIT

**COMES NOW** defendant, Angel ~~Rafael~~ Manuel Carmona-Alomar, swears and affirms, under penalty of perjury:

1. On February 3, 2017, sometime after midnight, I was a passenger in a 2002 Toyota Rav4 driven by Emilio Quinonez Diaz.
2. Guaynabo City Police Officers ("GCPD") stopped the vehicle.
3. The vehicle did not commit any traffic infraction.
4. The vehicle did not smell of marijuana.
5. Two GCPD officers approached the vehicle and ordered everyone to exit the vehicle.
6. The officers then patted down and search everyone,
7. I did not consent to a search of my person.
8. The officers then searched the vehicle.
9. Later a K-9 unit arrived on scene and searched the vehicle as well.
10. A firearm, ammunition, and controlled substances were seized.

**Declaration Under Penalty of Perjury**

By my signature, I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this affidavit is complete, true and correct.

_Angel M Carmona_
Angel ~~Rafael~~ Manuel Carmona Alomar

_4/26/017_
Date of Signature