# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ANGEL MANUEL CARMONA-ALOMAR<br>Defendant. | CRIMINAL NO. 17-068 (FAB/MEL) |

## INFORMATIVE MOTION REGARDING GUAYNABO CITY POLICE DEPARTMENT K-9 UNIT SUBPOENA

**COMES NOW** defendant, Angel Manuel Carmona-Alomar, respectfully requests guidance from this Court on requested documents:

1. On April 4, 2017 this Court instructed defense counsel to subpoena the records of the K-9 "Viking" and his handler and to have them delivered to the Court in chambers. (D.E. 16)

2. On April 18, 2017, as instructed, said subpoena was served on Agent Eduardo Garcia Escobar of the Guaynabo City Police Department K-9 Unit, and the documents requested were due on April 26, 2017 in this Court's chambers. (Attached).

3. The hearing on the defense Motion to Suppress has been set for May 25, 2017 at 9:00 am before the Honorable U.S. Magistrate Judge Marcos E. Lopez.

**WHEREFORE**, it is respectfully requested that if the requested documents have been provided to the Court they be made available for inspection by defense counsel. If they have not been provided it is requested that this Court issue an Order instructing the Guaynabo City Police Department to abide by this Court's Order at once.

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 2, 2017.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**
**District of Puerto Rico**

S/Juan J. Michelen
Juan J. Michelen,
Assistant Federal Public Defender,
USDC-PR G02601
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2305
Phone No. (787) 281-4922
Juan_Michelen@fd.org

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 17- 068(FAB) |
| Angel M. Carmona-Alomar | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Guaynabo City Police Department (GCPD)
GCPD K-9 Unit

*787-720-9229*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Unites States Courthouse for the District of Puerto Rico, Federico Degetau Federal Building, Hato Rey, PR. 00918 | Courtroom No.: | Judge Francisco A. Besosa |
|---|---|---|---|
| | | Date and Time: | 04/26/2017 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Provide GCPD or PRPD K-9 Manual, records and qualifications regarding K-9 Viking's qualifications and reliability. Including, but not limited to, training logs, controlled tests results and procedures, and any other materials regarding the K-9s reliability and qualifications and records and qualifications regarding K-9 Viking's Handler, GCPD Officer Roberto Santa-Torres. Including, but not limited to, training logs, controlled tests results and procedures, and any other materials regarding the handler's reliability and qualifications. Information to be deliver to the Court in Chambers.

(SEAL)

Date: APR 13 2017

FRANCES RIOS DE MORAN
CLERK OF COURT

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Angel M. Carmona-Alomar
Defendant                                      who requests this subpoena, are:

Juan J. Michelen    FOR
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
787-281-4922
Fax: 787-281-4899
Email: juan_michelen@fd.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 17-068(FAB)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Guaynabo City Police K-9 Unit
was received by me on *(date)* 4/13/17 .

☑ I served the subpoena by delivering a copy to the named person as follows: Agte Eduardo Garcia

on *(date)* 2:35 pm ; or 4/18/17

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____ .

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/18/17

*Server's signature*

Jannette Lopez Criminal Defense Investigator
*Printed name and title*

241 F.D. Roosevelt Ave. JJ.
*Server's address*

Additional information regarding attempted service, etc:

Agte. Eduardo Garcia Escobar
475

Instructor
Daniel Cumba
placa 189