# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*AM Session:*
Set: 9:00
Started: 9:16
Ended: 12:15

## MINUTES OF PROCEEDINGS

**BEFORE HONORABLE MARCOS E. LOPEZ**  **CRIM. NO. 17-68 (FAB)**

COURTROOM DEPUTY: Franchesca Torres        June 2, 2017

COURT REPORTER: DCR

COURT INTERPRETER: Heidi Cazes and Mayra Cardona

| | Attorneys |
|---|---|
| United States of America | Daynelle Alvarez, SAUSA |
| | Camille Garcia, AUSA |
| v. | |
| Angel M. Carmona-Alomar | Edwin Mora, AFPD |
| | Juan Michelen, AFPD |

**Case called for Second Day of Suppression Hearing.**

Cross-examination and re-direct examination of Felix Hernandez-Palomares was heard on behalf of the defense.

The defense rested.

Arguments by the parties were heard.

Matter submitted and taken under advisement. A R & R will be issued.

                                          s/Franchesca Torres
                                          Courtroom Deputy Clerk

Evidence Admitted:
Gov. Exh. 1A