# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

ANGEL M. CARMONA-ALOMAR

GOVERNMENT'S EXHIBIT LIST

Case Number: 17-68 (FAB)

| PRESIDING JUDGE | | | | GOVERNMENT'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|
| Honorable Marcos E. López | | | | Daynelle Alvarez, SAUSA<br>Camille Garcia, AUSA | Edwin Mora, AFPD<br>Juan Michelen, AFPDA |
| SUPPRESSION HEARING DATES:<br>May 25 and June 2, 2017 | | | | COURT REPORTER<br>DCR | COURTROOM DEPUTY<br>Franchesca Torres |
| DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS | |
| 1 | 5/25/17 | EXH | 5/25/17 | Consent to Search Form | |
| 1A | 6/2/17 | EXH | 6/2/17 | English translation of Government's Exhibit No. 1 – Consent to Search Form | |
| 2 | 5/25/17 | EXH | 5/25/17 | CD recording | |
| 3 | 5/25/17 | EXH | 5/25/17 | Photo of a firearm | |
| 4 | 5/25/17 | EXH | 5/25/17 | Photo of the serial number of a firearm | |
| 5 | 5/25/17 | EXH | 5/25/17 | Photo of a part of a firearm | |
| 6 | 5/25/17 | EXH | 5/25/17 | Photo of a magazine | |
| 7 | 5/25/17 | EXH | 5/25/17 | Photo of a magazine | |
| 8 | 5/25/17 | EXH | 5/25/17 | Photo of a magazine | |
| 9 | 5/25/17 | EXH | 5/25/17 | Original copy of field test | |
| 10 | 5/25/17 | EXH | 5/25/17 | Copy of municipal traffic violation ticket | |