IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

ANGEL M. CARMONA-ALOMAR,

**Defendant.**

**Criminal No.** 17-068 (FAB)

# ORDER DENYING MOTION TO SUPPRESS AND SETTING SCHEDULE

On July 20, 2017, on defendant's request (Docket No. 43), the Court extended the time to file objections to the magistrate judge's report and recommendation (Docket No. 42), denying defendant's motion to suppress to August 11, 2017. (Docket No. 17.) Defendant failed to object to the report and recommendation, waiving his right to object to or appeal the report and recommendation. Fed.R.Civ.P. 72(b)(2); Local Rule 72(d); 28 U.S.C. § 636(b)(1).

The Court has reviewed and analyzed the entire record and **ADOPTS** the magistrate judge's report and recommendation. Accordingly, defendant's motion to suppress is **DENIED**.

Any motion to change plea shall be filed no later than **August 31, 2017.** A pretrial conference (or a hearing on a change of plea motion) is scheduled for **September 7, 2017 at 9:00 a.m.** The jury trial is scheduled for **September 11, 2017 at 9:00 a.m.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 14, 2017.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE